IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 15 2020

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:20CR20002-001 |
| | ) 18 U.S.C. § 844(e) |
| JACOB SAMUEL GREEN | ) 18 U.S.C. § 844(i) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about August 3, 2019, in the Western District of Arkansas, Fort Smith Division, the defendant, **JACOB SAMUEL GREEN,** by means and use of an instrument of interstate commerce, that is, a cellular telephone, willfully threatened to unlawfully damage and destroy a vehicle, i.e., a mail truck belonging to the United States Postal Service and parked at the United States Post Office in Mena, Arkansas, by means of an explosive, by calling the Mena Police Department, located in Mena, Polk County, Arkansas, and stating that he had placed a bomb in one of the Mail Trucks parked at the United States Post Office in Mena, Arkansas.

All in violation of Title 18, United States Code, Section 844(e).

### COUNT TWO

On or about August 3, 2019, in the Western District of Arkansas, the defendant, **JACOB SAMUEL GREEN** did maliciously damage and destroy, and did maliciously attempt to damage and destroy, by means of fire, a building located at 811 Eagle Gap Avenue in Mena, Polk County, Arkansas, which was used in interstate commerce and was engaged in an activity affecting interstate commerce.

1

All in violation of Title 18, United States Code, Section 844(i)

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *(signature)*

Claude S. Hawkins, Jr.
Assistant U.S. Attorney
Arkansas Bar No. 77062
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479)-783-5125
E-Mail: claude.hawkins@usdoj.gov